1454

## MOTION DOCKET

**97–1117.   Simmons–Harris v. Goff.**
Franklin App. Nos. 96APE08–982 and 96APE08–991.   On motion to strike attachment to brief of appellant/cross-appellee.   Motion denied.

   Douglas and Cook, JJ., dissent.

   Lundberg Stratton, J., not participating.

**97–1831.   Leber v. Buckeye Union Ins. Co.**
Erie App. No. E–96–014.   On motion to dismiss.   Motion denied.

   Cook, J., dissents.

   Resnick, J., not participating.

   On motion to strike.   Motion denied as moot.

   Cook, J., would deny the motion to strike.

   Douglas, J., dissents.

   Resnick, J., not participating.

**97–2267.   Haning v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 97–268–GA–CSS, 97–32–GA–CSS, 97–33–GA–CSS, and 97–97–GA–CSS.   On motion for admission *pro hac vice* of Nancy Brockway.   Motion granted.

**97–2730.   State v. Smith.**
Butler App. No. CA97–01–011.   On motion to dismiss.   Motion denied.

   Douglas, F.E. Sweeney and Cook, JJ., dissent.